UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**AUGUSTO MORALES,**

    **Plaintiff,**

**v.**                                                Case No.  8:13-cv-1607-T-30AEP

**BALBOA INSURANCE COMPANY,**

    **Defendant.**
_____/

### **ORDER**

THIS CAUSE comes before the Court upon Defendant Balboa Insurance Company's Motion to Dismiss (Dkt. 13) and Plaintiff Augusto Morales' Response in opposition (Dkt. 17). The Court having considered the motion, response, and being otherwise advised in the premises, concludes that Defendant's motion should be denied for the same reasons stated in this Court's ruling in *Victor Cala v. Balboa Insurance Company* and the cases cited therein.  *See* No. 8:13-cv-1596-JSM-TGW, Dkt. 12 (M.D. Fla. Aug. 29, 2013) (Moody, J.).

It is therefore ORDERED AND ADJUDGED that:

1. Defendant Balboa Insurance Company's Motion to Dismiss (Dkt. 13) is denied.

2. Defendant shall file an answer to the complaint within fourteen (14) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2013.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2013\13-cv-1607.mtdismiss.frm